No. 202. DISTRICT 50, UNITED MINE WORKERS OF AMERICA, *v.* TUNGSTEN MINING CORP. C. A. 4th Cir. Certiorari denied. *Crampton Harris, Charles P. Green, Yelverton Cowherd* and *Alfred D. Treherne* for petitioner. *Whiteford S. Blakeney* for respondent.

No. 203. PATTESON *v.* DEVINE. C. A. 6th Cir. Certiorari denied. *Bailey Brown* and *George J. Schweizer, Jr.* for petitioner. *Robert M. Murray* and *James T. Haynes* for respondent.

No. 204. HALL ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Clyde J. Cover* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice, John N. Stull, Robert N. Anderson* and *Marvin W. Weinstein* for the United States.

No. 205. BORGMEIER *v.* FLEMING ET AL. C. A. 7th Cir. Certiorari denied. *Edmund J. Johnson* for petitioner. *Ray M. Stroud* for respondents.

No. 206. NATIONAL LABOR RELATIONS BOARD *v.* SOUTHERN SILK MILLS, INC. C. A. 6th Cir. Certiorari denied. *Solicitor General Rankin, Jerome D. Fenton, Stephen Leonard* and *Dominick L. Manoli* for petitioner. *R. W. Kemmer* for respondent.

No. 207. L. C. FULLER, JR. LUMBER Co., INC., *v.* ANGLIN ET AL. C. A. 6th Cir. Certiorari denied. *Thomas Miller Manier* for petitioner. *John J. Hooker* for respondents.